IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| JENNIFER BROWN, Administratrix for the Estate of Larry Brown, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:21cv440-MHT |
| JEFFERSON S. DUNN, Alabama Prison Commissioner; et al., | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion to take judicial notice of news articles (Doc. 65) is set for submission, without oral argument, on November 2, 2021, with all briefs due by said date.

DONE, this the 26th day of October, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**