IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JENNIFER BROWN,                 )
Administratrix for the          )
Estate of Larry Brown,          )
deceased,                       )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:21cv440-MHT
                                )           (WO)
JEFFERSON S. DUNN, Alabama      )
Prison Commissioner;            )
et al.,                         )
                                )
     Defendants.                )
```

ORDER

It is ORDERED that plaintiff's motion for leave to conduct expedited discovery of two individually named defendants (Doc. 70) and her renewed motion for expedited discovery (Doc. 77) are denied. Plaintiff's renewed motions do not meet the requirements previously set forth in the court's opinion and order denying plaintiff's prior renewed motion for expedited discovery. *See* Opinion and Order (Doc. 59). In addition, plaintiff has not shown a "particularized,

substantial risk of the future unavailability" of defendants Jefferson S. Dunn and Patricia Jones if their depositions are not completed before the pending motion to dismiss is decided.

DONE, this the 28th day of July, 2022.

                                                  /s/ Myron H. Thompson
                                              UNITED STATES DISTRICT JUDGE